KLESTADT & WINTERS, LLP
John E. Jureller, Jr.
292 Madison Avenue, 17th Floor
New York, New York 10017
Telephone No. (212) 972-3000

Attorneys for *Time SPA*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

|  |  |
|---|---|
| STRICTLY RHYTHM RECORDS, LLC, | Chapter 7<br>Case No. 02-16140 |
| Debtor. |  |

-----------------------------------------------------------------x

# NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE** that the hearing on the Application of Time SPA for Reimbursement of Unclaimed Dividends, presently returnable on May 28, 2009, has been adjourned until **June 25, 2009 at 10:00 a.m.** ("Hearing Date"), before the Honorable Stuart M. Bernstein, Chief United States Bankruptcy Judge, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408, or as soon thereafter as counsel can be heard.

Dated: May 27, 2009

                                  KLESTADT & WINTERS, LLP

                                  By: */s/ John E. Jureller, Jr.*
                                         John E. Jureller, Jr.
                                  292 Madison Avenue, 17th Floor
                                  New York, NY 10017-6314
                                  Tel: (212) 972-3000

                                  Attorneys for *Time SPA*