KLESTADT & WINTERS, LLP
John E. Jureller, Jr.
292 Madison Avenue, 17th Floor
New York, New York 10017-6314
Telephone (212) 972-3000

Attorneys for Time S.P.A.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In Re:                                        )
                                              )          Chapter 7
                                              )
Strictly Rhythm Records, LLC,                 )
                                              )          Case No. 02-16140
                                              )
                 Debtors.                     )
_____  )


## <u>NOTICE OF REQUEST FOR UNCLAIMED DIVIDEND</u>

**PLEASE TAKE NOTICE** that Time S.P.A., through its undersigned counsel, hereby enters a

Notice of Request For Unclaimed Dividend pursuant to the Bankruptcy Rules and the Bankruptcy Code.


Dated: New York, New York

      February 12, 2010




               KLESTADT & WINTERS, LLP
               Attorneys for Time S.P.A.

               By: ___*/s/ John E. Jureller, Jr.*_____
                    John E. Jureller, Jr.
               292 Madison Avenue, 17th Floor
               New York, New York 10017-6314
               Telephone (212) 972-3000

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF NEW YORK

_____ )
In Re:                          )          CASE NO.  02-16140
                                )
Strictly Rhythm Records LLC   . )          DECLARATION OF SERVICE
                                )
                                )
                    Debtors.    )
_____ )

       I, John E. Jureller, Jr., declare under the penalty of perjury as follows:

On February 12, 2010, I served a Notice of Request for Unclaimed Dividend on the United States

Attorney for the Southern District of New York at:

       Sean Lane
       Chief, Tax and Bankruptcy Unit
       United States Attorney's Office, SDNY
       86 Chamber Street,
       New York, NY 10007

By first class mail.


Dated: February 12, 2010

                                    _/s/ John E. Jureller, Jr._
                                     John E. Jureller, Jr.