# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

---

In re: **STRICTLY RHYTHM RECORDS, LLC**  Case # **02-16140**
Debtor  Chapter **7**

---

## AFFIDAVIT

**I, Pier Luigi Maini, acting in my capacity as a licensed attorney at law in the country of Italy** ("Attorney"), do hereby declare as follows:

1) I offer this Affidavit in support of the filing on behalf of Time SPA ("SPA") for the recovery of unclaimed funds held by this Court from the referenced case, and indicated to be due to Time SRL ("SRL"). I am familiar with these firms, the business between them, and all Italian law governing such business.

2) I enclose separately herewith copies of my personal identification. My contact information is as follows:

**Avv. Pier Luigi Maini**
**Studio Maini**
**Viale Dei Mille N 3**
**29121 Piacenza ITALY**
**gigi@studiomaini.com**
**Phone 0039 0523 322202**
**Fax 0039 0523 323796**

3) SRL filed the claim in the referenced case by virtue of the authority granted to it by SPA under a "Lease of Company" arrangement – which is generally the equivalent of a "power of attorney" arrangement as such a thing might be popularly referred to in America. During the Lease of Company arrangement SRL was specifically managing the business with Strictly Rhythm Records under the Master License Agreement. The default under this Master License Agreement is what lead to the claim in this case.

4) Subsequent to the filing of the claim, SRL itself was voluntarily terminated as a company in Good Standing with the Italian Chamber of Commerce and was liquidated. Under Italian law, this act had the result of terminating all agreements between SRL and SPA, and reverting all rights to funds, assets, etc. which had been managed by SRL for SPA back to the full control and rights of SPA.

5) Due to the above, the funds indicated to be due to SRL are, in fact, actually now due to SPA.

6) In support of the above I have enclosed herewith the following documents and evidence items:

   Exhibit A    Copies of items to verify my personal identification

| | |
|---|---|
| Exhibit B | True & Correct Copies of the Contract for Lease of Company in Italian, which gave SRL the right to act for SPA |
| Exhibit C | True & Correct Copies of the Contract for Lease of Company in English translation |
| Exhibit D | True & Correct Copies of the Master License Agreement linking SRL to Strictly Rhythm Records |
| Exhibit E | True & Correct Copies of the Termination / Liquidation of SRL, in original Italian form |
| Exhibit F | True & Correct Copies of the Termination / Liquidation of SRL, in English translation |

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

*Avv. Pier Luigi Maini*

Signature: **Pier Luigi Maini**

Sworn to and Subscribed before me on this 2ND day of SEPTEMBER, 2009

State of ITALY

City/County of _____

NOTARY PUBLIC

STUDIO LEGALE
**Avvocato Giulio Maini**
V.le dei Mille n. 3
29100 Piacenza
Tel. 0523.322202 / 338397 - Fax 323796