UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
In Re:                                    )   Case No. 02-16140
                                          )   ***ORDER DIRECTING PAYMENT***
STRICTLY RHYTHM RECORDS, LLC )
                                          )
           Debtors(s).                    )   Unclaimed Dividends Transferred
                                          )   To Registry of the Court
-----------------------------------------------------x

**WHEREAS** ON OR ABOUT July 21, 2008, the trustee filed a Trustee's Notice and Payment into the Court for Unclaimed Funds and issued a check to the Clerk, US Bankruptcy Court, for deposit into the Registry of the Court in the amount of <u>**$3,681.76 (ck #567) and $3,570.23 (ck#568) for a total of $7,251.99**</u> (the "Unclaimed Funds"), on behalf of **TIME S.R.L.** On February 12, 2010, Time S.P.A ("Claimant"), as successor in interest to Time S.R.L. filed a Petition seeking payment of the Unclaimed Funds. The Petition, the supporting affidavit, and the supporting documents attached thereto establish that Claimant is entitled to the Unclaimed Funds.

**NOW it is**

**ORDERED**, that the Clerk, US Bankruptcy Court, shall issue a check in the amount of $7,251.99 payable to Time S.P.A. c/o JM Partners LLC and shall send said check to payee at the following address: PO Box 29940, Richmond, VA 23242-0940.

DATED:   NEW YORK, NEW YORK
         ~~February~~ 16, 2010
         March

_____
UNITED STATES BANKRUPTCY JUDGE